AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

O.B., Jr., a Minor, and S.H.B., Individually and as Parent and Next Friend of O.B., Jr.

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 00 C 1315

Chicago Public School District #229, Board of Education

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that plaintiffs' motion for summary judgment is GRANTED and the Board's motion for summary judgment is DENIED. Plaintiffs are awarded $1,534.16 in attorneys' fees under 20 U.S.C. 1415(I)(3)(B).

MAR 30 2001

Michael W. Dobbins, Clerk of Court

Date: 3/28/2001

Robbie Southern, Deputy Clerk